```
                                                    U.S. DISTRICT COURT
                                                    DISTRICT OF VERMONT
                                                           FILED
              UNITED STATES DISTRICT COURT
                        FOR THE                     2023 MAY 25  PM 3: 03
                  DISTRICT OF VERMONT
                                                          CLERK

                                                    BY   AL
                                                        DEPUTY CLERK
```

UNITED STATES OF AMERICA      )
                              )      NO. 2:23-cr-54-1-2-3
v.                            )
                              )
PRADIP SAU, DEBALINA SEN, and )      (18 U.S.C. § 1349)
NASIR HUSSAIN                 )

## INDICTMENT

The Grand Jury charges:

### COUNT 1

From at least in or about May 2019 to on or about May 15, 2023, in the District of Vermont and elsewhere, the defendants PRADIP SAU, DEBALINA SEN, and NASIR HUSSAIN, and others known and unknown to the Grand Jury, knowingly and willfully conspired to commit wire fraud, that is to devise a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations and promises, and to transmit and cause to be transmitted by interstate wire writings, signs and signals for the purpose of executing the scheme.

(18 U.S.C. § 1349)

A TRUE BILL

FOREPERSON

_Nikolas Kherest by EAPC_

NIKOLAS P. KEREST (EAPC)
United States Attorney
Burlington, Vermont
May 25, 2023